UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| IN THE MATTER OF THE TAX | ) | |
| LIABILITIES OF: | ) | No. 1:13-mc-00024-LMB-TRJ |
| | ) | |
| JOHN DOES, Norwegian taxpayers holding | ) | |
| Capital One Bank, N.A.  payment card | ) | |
| XXXXXXXXXXXX2518; | ) | |
| M&T Bank, N.A. payment cards | ) | |
| XXXXXXXXXXXX3921, | ) | |
| XXXXXXXXXXXX0626, and | ) | |
| XXXXXXXXXXXX0984; | ) | |
| Bank of America, N.A. payment cards | ) | |
| XXXXXXXXXXXX8220, | ) | |
| XXXXXXXXXXXX1756, | ) | |
| XXXXXXXXXXXX0066, and | ) | |
| XXXXXXXXXXXX2852; and | ) | |
| Citibank, N.A. payment cards | ) | |
| XXXXXXXXXXXX2182, and | ) | |
| XXXXXXXXXXXX2184. | ) | |

**MEMORANDUM IN SUPPORT OF MOTION FOR ENTRY OF A SUPPLEMENTAL ORDER AUTHORIZING SERVICE OF "JOHN DOE" SUMMONS ON BANK OF AMERICA AFFILIATE FIA CARD SERVICES, N.A.**

The United States respectfully moves the Court to enter an order permitting  it to issue a

"John Doe" summons to FIA Card Services, N.A., an affiliate of Bank of America, N.A., in

addition to issuing such a summons to Bank of America, N.A.  On July 26, 2013, the Court

entered an order permitting the United States to serve a "John Doe" summons on Bank of

America, N.A., in substantially the same form as Exhibit C to the declaration of Cheryl Kiger,

seeking information about four Bank of America-branded credit cards.  When Bank of America,

N.A. was contacted to discuss service of the summons, it indicated that FIA Card Services, is the

records custodian for Bank of America credit cards, and that the summons should be issued to

FIA Card Services, N.A. (Ex. E).   FIA Card Services, N.A. is an affiliate of Bank of America,

N.A., <u>FIA Card Servs., N.A. v. Conant</u>, 476 B.R. 674, 678 (D. Mass. 2012), and a summons to

Bank of America, N.A. would ordinarily require it to produce records kept by affiliates to the

extent it can obtain access to such records, <u>see</u>, <u>e.g.</u>, <u>United States v. Textron Inc.</u>, 553 F.3d 87

(1st Cir. 2009), <u>vacated on other grounds</u>, 560 F.3d 513 (1st Cir. 2009).  However, in order to

conserve the resources of the parties as well as limited judicial resources, the United States

proposes to issue a duplicate summons to FIA Card Services, N.A.  Because the Court has

previously found that the proposed summons meets the requirements for issuance of "John Doe"

summonses, the United States contends that no new petition is required.

Date: August 8, 2013

                                        Respectfully submitted,

                                        NEIL H. MACBRIDE
                                        United States Attorney

                                        _____/s/_____
                                        Gerard Mene
                                        Assistant U.S. Attorney
                                        Eastern District of Virginia
                                        Counsel for the United States
                                        2100 Jamieson Avenue
                                        Alexandria, Virginia  22046
                                        Telephone: (703) 299-3777
                                        Facsimile:(703) 299-3983
                                        Email: Gerard.Mene@usdoj.gov

                                        KATHRYN KENEALLY
                                        Assistant Attorney General
                                        Tax Division

                                        Yonatan Gelblum
                                        California Bar No. 254297
                                        Trial Attorney, Tax Division
                                        U.S. Department of Justice
                                        Counsel for the United States
                                        Post Office Box 227

3300964.1

Washington, D.C. 20044
Telephone: (202) 305-3136
Email: yonatan.gelblum@usdoj.gov

3300964.1